No. 96–5688. PLANTE *v.* GALLANT ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–5705. COOPER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5707. ROSENBALM *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–5716. COYLE *v.* WIDNALL, SECRETARY OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied.

No. 96–5719. BERGMANN *v.* ERDMANN. Ct. App. Ind. Certiorari denied.

No. 96–5723. MILLER *v.* RUNYON, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 96–5737. DEBARDELEBEN *v.* HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5738. CLARK ET UX. *v.* CITY OF PORTLAND. C. A. 9th Cir. Certiorari denied.

No. 96–5740. SHELTON *v.* LOOKER. C. A. 7th Cir. Certiorari denied.

No. 96–5742. WATKINS *v.* PARKER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5745. WHITE *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5749. LAWRENCE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–5756. ARMENDARIZ-MATA *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5761. SALAHUDDIN *v.* COUGHLIN ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.